**From:** Jason Kennedy (Human Resources) <Jason_Kennedy@dekalbschoolsga.org>
**Sent:** Friday, July 25, 2025 10:38:34 AM
**To:** Melissa Jones (Redan Middle School) <Melissa_Jones@dekalbschoolsga.org>
**Cc:** Tasha Davis-Mills (Human Resources) <Tasha_Davis-Mills@dekalbschoolsga.org>; Rhonda Mapp (Total Rewards) <Rhonda_Mapp@dekalbschoolsga.org>
**Subject:** Follow-Up on Reassignment Discussion – Response Required Today


Ms. Jones,

Thank you for meeting with me and the Director, Total Rewards, Mrs. Rhonda Mapp, on Thursday, July 17, 2025, to discuss your concerns regarding your reassignment to Sequoia Middle School. I appreciate your openness in sharing the transportation challenges this move may present for you.

During our conversation, you mentioned that you have access to transportation that could bring you to the AIC Building, should one of the positions you listed be available. At this time, the positions you referenced are not available.

However, we do want to provide you with an alternative option. There is currently an available interrelated position at Stone Mountain Middle School. As you may know, Stone Mountain MS is in close proximity to the AIC Building, which may offer a more manageable commute based on your current transportation access.

Should you choose to accept the position at Stone Mountain MS, our HR Office will proceed with processing your reassignment accordingly. If you choose not to accept this option, your original reassignment to Sequoia MS will remain in effect, and you will be expected to report there for the start of school.

Given that the first day of school is Monday, July 28, 2025, we will need your decision by the end of the day today, so that any necessary processing can be completed in a timely manner.

Regards,

**Jason E. Kennedy**
Deputy Chief
Division of Human Resources